**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal Case No. JKB-22-0439** |
| **BARAK OLDS** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION FOR LEAVE TO FILE SEALED MATERIALS**

Barak Olds, through his attorney, hereby moves this Honorable Court for leave to file the defense's correspondence under seal.

As grounds therefore, the defendant states that the letter discusses information regarding the defendant's sentencing.

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file the defense's correspondence under seal.


Respectfully submitted,


/S/
_____
Paul D. Hazlehurst, # 08156
11350 McCormick Rd.
Executive Plaza II, Suite 705
Hunt Valley, MD 21031
(410) 773-9610
Paul@lawpdh.com